**UNITED STATES of America,
Plaintiff–Appellant,**

v.

**Jermaine Earl McCLELLAND,
aka Baby Mont, aka Monty,
Defendant–Appellee.**

No. 13–50082.

United States Court of Appeals,
Ninth Circuit.

Submitted May 15, 2014.*

Filed May 21, 2014.

Jean–Claude Andre, Assistant U.S., Ryan Weinstein, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellant.

Alicia Yoko Blanco, Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellee.

Before: KOZINSKI, Chief Judge, WARDLAW and FISHER, Circuit Judges.

**MEMORANDUM ***

The district court lacked authority to impose a sentence below the mandatory minimum. *See United States v. Wipf,* 620 F.3d 1168, 1170–71 (9th Cir.2010). Because McClelland had three criminal history points, he was ineligible for safety valve

relief. *See* 18 U.S.C. § 3553(f). Whether the district court believed that McClelland's criminal history category substantially over-represented the seriousness of his criminal history is irrelevant because "district courts have no authority to adjust criminal history points for the purpose of determining eligibility for safety valve relief under 18 U.S.C. § 3553(f)(1)." *United States v. Hernandez–Castro,* 473 F.3d 1004, 1008 (9th Cir.2007). We therefore vacate the sentence and remand for resentencing.

**VACATED AND REMANDED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

